ORIGINAL

10-28-04

1  Stephanie Cooper Christensen, Esquire
   Nevada Bar No. 005919
2  THE COOPER CHRISTENSEN LAW FIRM, LLP
   820 South Valley View Blvd.
3  Las Vegas, NV 89107
   (702) 435-4175/(702) 435 4181 (facsimile)
4  Loan No. 8527954 / Our File No. 04-06-1592

5  Attorney for Secured Creditor
   LITTON LOAN SERVICES, INC.
6

FILED AND ENTERED
ON DOCKET

Nov 3  7 36 AM '04

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

RICHARD L. CONANT, et al.,
PATRICIA E. CONANT, et al.,

            Debtor(s)

CHAPTER 7

BANKRUPTCY NO.: 04-14655-BAM
DATE:  August 24, 2004
TIME:  9:30 AM
MOTION NO.:  165152

### STIPULATED JUDGMENT AND ORDER TERMINATING AUTOMATIC STAY AS TO CHAPTER 7 TRUSTEE

WHEREAS, the Debtor having received a discharge on August 9, 2004, and the Trustee agrees that there is no equity in the subject property, and has agreed to abandon the same.

THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, LITTON LOAN SERVICES, INC, through its counsel, Stephanie Cooper Christensen, THE COOPER CHRISTENSEN LAW FIRM, LLP, and the Chapter 7 Trustee, JAMES LISOWSKI, as follows:

1.      That the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Secured Creditor, LITTON LOAN SERVICES, INC, its assignees and/or successors in interest, may choose if you are not making your payments causing delinquency to proceed with a foreclosure of and hold a Trustee's Sale on

1  the subject property, generally described as 1050 ASPEN AVENUE, LAS VEGAS, NV, 89124

2  ("Property" herein) and legally described as follows:

3      SEE EXHIBIT "A"

4  pursuant to applicable state law, and/or commence any action necessary to obtain complete

5  possession of the subject Property.  If Debtor remains current on payments then this document

6  will inable creditor to release loan from bankruptcy monitoring back to normal servicing.

7      2.    That any claim on file for the Creditor with respect to the subject property is

8  hereby withdrawn.

9      IT IS SO ORDERED this _____ day of _____, 2004.

10 DATED:_____    _____

11     UNITED STATES BANKRUPTCY JUDGE

12 SO STIPULATED

13 Date: 8/19/04    By: _____

14     Stephanie Cooper Christensen, Esq.
    THE COOPER CHRISTENSEN LAW FIRM, LLP

15     Attorney for Secured Creditor
    LITTON LOAN SERVICES, INC

16 SO STIPULATED

17

18 Date:_____    By: _see attached_

19     James Lisowski
    Standing Trustee

20

21

22

23

24

25

1 the subject property, generally described as 1050 ASPEN AVENUE, LAS VEGAS, NV, 89124
2 ("Property" herein) and legally described as follows:
3     SEE EXHIBIT "A"
4 pursuant to applicable state law, and/or commence any action necessary to obtain complete
5 possession of the subject Property. If Debtor remains current on payments then this document
6 will inable creditor to release loan from bankruptcy monitoring back to normal servicing.
7     2. That any claim on file for the Creditor with respect to the subject property is
8 hereby withdrawn.
9     IT IS SO ORDERED this _____ day of _____, 2004.
10 DATED:_____
11                           UNITED STATES BANKRUPTCY JUDGE
12 SO STIPULATED
13 Date: 8/19/04   By: _____
14                     Stephanie Cooper Christensen, Esq.
                      THE COOPER CHRISTENSEN LAW FIRM, LLP
15                     Attorney for Secured Creditor
                    LITTON LOAN SERVICES, INC
16 SO STIPULATED
17
18 Date:_____   By: _____
                    James Lisowski
19                     Standing Trustee
20
21
22
23
24
25

Exhibit A

That portion of the North Half (N ½) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 56 East, M.D.B. & M., described as follows:

Commencing at a three-quarter (3/4) inch pipe set in a concrete block known as Alpha Monument, which point is South 9°59' West 573.69 feet (Note: This course is designated as South 9°32'30" West 626.25 feet by survey of File 6, Page 37 of Registered Professional Engineer's File in the Office of the County Recorder of Clark County, Nevada) from the North Quarter (N ¼) corner of said Section 36; thence South 82°39' East a distance of 1118.16 feet to a point; thence South 7°21' West a distance of 94.00 feet to the True Point of Beginning; thence South 7°21' West a distance of 70.00 feet to a point; thence South 82°39' East a distance of 50 feet to a point; thence North 7°21' East a distance of 70.00 feet to a point; thence North 82°39' West a distance of 50.00 feet to the True Point of Beginning.

Together with an easement for water pipe line ten feet in width as the same may cross the property described as follows:

That portion of the North Half (N ½) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 56 East, M.D.B. & M., described as follows: Commencing at a three-quarter (3/4) inch pipe set in a concrete block, known as Alpha Monument which points South 9°59 West 573.69 feet (Note: This course is designated as South 9°32'30" West 626.25 feet by survey of File 6, Page 37 of Registered Professional Engineer's File in the Office of the County Recorder of Clark County, Nevada) from the North Quarter (N ¼) corner of said Section 36; thence South 82°39' East a distance of 1118.16 feet to a point; thence South 7°21' West a distance of 24.00 feet to the True Point of Beginning; thence continuing South 7°21' West a distance of 70.00 feet to a point; thence South 82°39' East a distance of 10.00 feet to a point; thence North 7°21' East a distance of 70.00 feet to a point; thence North 82°39' West a distance of 10.00 feet to the True Point of Beginning. This easement is for the purpose of installing, maintaining, repairing and replacing said water pipe lines over and across said strip of land.

As part of the consideration for this easement, Grantees herein, for themselves, their heirs, and assigns, agree to pay one-half the cost of maintaining and repairing the water line which is installed in the above easement.

Together with the following described lot line adjustment:

That portion of the Northwest Quarter (NW ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 56 East, M.D.M., described as follows:

Commencing at a ¾" iron pipe set in concrete and designated as Alpha Monument, from which the North Quarter (N ¼) corner of said Section 36 bears North 9°58'32" East 596.97 feet; thence South 82°33'39" East 148.16 feet to a point on the West line of Charleston Park Resort, an unrecorded subdivision, thence continuing South 82°33'39" East 970.00 feet; thence South 7°26'21" West 164.00 feet to the Southwest corner of that parcel of land described in Grant, Bargain Sale Deed, recorded August 17, 1961 as Document No. 253543, Book No. 313, Clark County Recorders Office, said point being the True Point of Beginning; thence South 82°33'39" East 50.00 feet; thence South 7°26'21" West 30.00 feet; thence North 82°33'39" West 50.00 feet; thence North 7°26'21" East 30.00 feet to the True Point of Beginning.

(Legal description as shown in that document recorded August 11, 2000 in Book 20000811 as Document No. 01516, of Official Records, Clark County, Nevada.)